UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RAMI AWAD**, *et al.*, <br><br> Plaintiff <br><br> v. <br><br> **NATIONAL CITY BANK,** *et al.*, <br><br> Defendants | CASE NO. 1:09-cv-0261 <br><br><br> Judge James S. Gwin |
| **PLAINTIFFS' ATTORNEYS'-FEES-AND-COSTS-BUDGET ESTIMATE UNDER CASE-MANAGEMENT-CONFERENCE-SCHEDULING ORDER** ||

Plaintiff respectfully submits the following attorneys'-fees-and-costs-budget estimate for this case, as required in the Court's case-management-conference-scheduling order. The estimate is based on Lodestar methodology:

| ATTORNEYS' FEES | | COSTS | |
|---|---|---|---|
| Preliminary Investigation and Filing Complaint | $16,250 | Depositions | $44,000 |
| Procedural-Motions Practice | $10,000 | Experts | $5,000 |
| Discovery | $150,000[1] | Witness Fees | $2,000 |
| Dispositive-Motions Practice | $45,000 | Other | $7,000 |
| Settlement Negotiations | $35,000 | | |
| Trial | $100,000 | | |

---

[1] This figure is largely dependent upon the number of witnesses ultimately identified, the volume of documents that need to be analyzed, and the degree of cooperation that Defendants afford in the discovery process. The figure assumes that about 22 depositions will be taken, that Defendants are cooperative, and that no motions to compel will need to be filed. To that extent, it may be an underestimate. To the extent that attorneys with lower billable rates may be assigned to certain tasks and some depositions may be shorter, it may be an overestimate.

1

| TOTAL FEES $ | $356,250 | TOTAL COSTS | $58,000 |

Respectfully submitted,

THE CHANDRA LAW FIRM, LLC


/s Subodh Chandra
Subodh Chandra (Ohio Bar No. 0069233)
Subodh.Chandra@StanfordAlumni.org
Donald P. Screen (00440700)
Donald.Screen@gmail.com
1265 West 6th Street, Suite 400
Cleveland, OH 44113-1326
PH: 216.578.1700
FX: 216.578.1800

/s/ Romin Iqbal
Romin Iqbal (Ohio Bar No. 0080146)
1505 Bethel Road, #200,
Columbus, OH 43220
Telephone: 614.783.7953
Facsimile: 614.451.3222
Email: rominiqbal@yahoo.com

*Attorneys for Plaintiff*

**Certificate of service**

I respectfully certify that my office sent the above document to all counsel of record through the Court's electronic-case-filing (ECF) system.

/s/Subodh Chandra
*One of the attorneys for Plaintiff Rami Awad*