UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

RAMI AWAD,

      Plaintiff,

v.

NATIONAL CITY BANK, *et al.*,

      Defendants.

Civil Action No.
1:09-cv-0261
Judge James S. Gwin

### <u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>

NOW COMES defendants The PNC Financial Services Group, Inc., National City Bank and Nancy Malta (collectively, "Defendants"), by and through counsel, and move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to grant summary judgment in their favor and against plaintiff Rami Awad ("Plaintiff") on all claims against Defendants, specifically Plaintiff's claims of race discrimination and retaliation, and allegations of discriminatory discharge, on-the-job discrimination, failure to promote and hostile work environment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981 and the Ohio Revised Code § 4112.  Summary judgment is appropriate because no genuine issue of material fact exists and because Defendants are entitled to judgment as a matter of law.  A Memorandum of Law in support of this Motion is attached hereto and incorporated herein by reference.

Date:   January 4, 2010

National City Bank, The PNC Financial Service
Group, Inc. and Nancy Malta
By their Attorneys,

/s/ Karen L. Giffen
Karen L. Giffen (0042663)
Giffen & Kaminski, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio   44114
Telephone:   (216) 621-5161
Facsimile:    (216) 621-2399
Email:         kgiffen@thinkgk.com


/s/ Gary Lieberman
Gary Lieberman, pro hac vice
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199
Telephone:  (617) 235-5305
Facsimile:    (866) 204-4437
Email:         glieberman@eapdlaw.com

## <u>Certificate of Service</u>

I hereby certify that on this 4th day of January, 2010, I electronically filed **Defendants' Motion For Summary Judgment** using the CM/ECF System, which will send such filing to the following:

Romin Iqbal, Esquire
1505 Bethel Road, Suite 200
Columbus, OH, OH  43212

Subodh Chandra, Esquire
Donald P. Screen, Esquire
Chandra Law Firm
1265 West 6th Street, Suite 400
Cleveland, OH  44113


<u>/s/ Karen L. Giffen</u>
Karen L. Giffen