# SUPPLEMENTAL EXHIBIT 1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF OHIO

3    EASTERN DIVISION

4    ~~~~~~~~~~~~~~~~~~~~

5    RAMI AWAD,

6

7           Plaintiff,

8    vs.          Case No.  1:09CV0261

9    NATIONAL CITY BANK, PNC

10   FINANCIAL SERVICES GROUP, INC., et al.,

11

12          Defendants.

13   ~~~~~~~~~~~~~~~~~~~~

14          Deposition of

15          RAMI AWAD

16

17   November 17, 2009
           9:30 a.m.

18          Taken at:
     Giffen & Kaminsky, LLC
19     1300 East 9th Street

20   1600 Penton Media Building

21      Cleveland, Ohio

22

23

24

25      Patricia L. Cordiak, RPR

1    application for any customer without their

2    authorization.

3          Q.    So you say you never opened an

4    account for anybody?

5          A.    Without authorization.                    10:44:19

6          Q.    Without authorization?

7          A.    Yes.  And the other thing is --

8          Q.    Let me just stop there.  So you

9    never opened an account for Mr. Daily

10   without -- you never opened an account for Mr.     10:44:29

11   Daily without his authorization; is that your

12   testimony?

13         A.    What I'm saying is, I would never

14   open -- if I know the customer does not want to

15   open the account, I would not open it.  That's    10:44:38

16   what I'm saying.

17         Q.    Okay.

18         A.    Now, he's saying that he did not

19   authorize it, that's another story, but I

20   personally would not do that because if I         10:44:46

21   was -- in McKinley branch I was the number one

22   salesperson in the whole company, in top ten

23   people in the whole company.  And we have that

24   on record.  And I've been selling -- I worked

25   at Target.  I never had any problem.              10:45:01

Awad, Rami

```
 1        A.    My undergraduate I got a lot of

 2   honors.  And I got honors scholarship from YSU

 3   because my grades were all mostly As, so they

 4   paid for some of the classes.  Like if you get

 5   so many As, they give you like three hours off,    11:37:47

 6   you don't have to pay for them.

 7        Q.    Did you hold any jobs while you

 8   were at Youngstown State, while you were going

 9   for your MBA?

10        A.    Yeah.  I was working at my            11:37:57

11   father-in-law's store.

12        Q.    At your father-in-law's store.

13   What was the name of that store?

14        A.    Shehy Market.

15        Q.    I'm sorry?

16        A.    Shehy Market.

17        Q.    Can you spell that?

18        A.    A -- S H E H Y.

19        Q.    And do you hold any professional

20   licenses?                                         11:38:16

21        A.    Yes.

22        Q.    What are they?

23        A.    Life and health insurance.  Life

24   and health and annuity I think it's called.

25        Q.    And when did you get that?            11:38:24
```

1      A.    2003, July 2003, and I had to take

2  exam last week to keep it updated so --

3      Q.    That was before you were employed

4  with National City?

5      A.    Yes.                              11:38:37

6      Q.    Other than this lawsuit, have you

7  ever sued anyone?

8      A.    No.

9      Q.    Ever been sued?

10      A.    Nope.                             11:38:42

11      Q.    Ever been a witness in a lawsuit?

12      A.    No.

13      Q.    Have you ever filed any sort of

14  claim against anyone other than National City?

15      A.    Have I filed -- I'm sorry?        11:38:51

16      Q.    Any sort of claim, any claim other

17  than National City?

18      A.    I don't remember, no.  I don't

19  think I did, no.

20      Q.    Never filed for unemployment other  11:38:59

21  than National City?

22      A.    For unemployment?

23      Q.    Uh-huh.

24      A.    No.  I never been -- I never filed

25  for unemployment other than that time.  That's  11:39:07

1       A.    Am I claiming it, I don't remember

2    that I applied for a position.

3       Q.    So you're not claiming it.  You

4    don't even remember applying for it?

5       A.    I have to remember what day was it      14:34:12

6    and why did I apply for it.  I can't remember

7    right now.  But there's got to be a reason why.

8       Q.    And what about the one a little bit

9    lower down, the third from the bottom, licensed

10   financial consultant Federal Plaza, is that      14:34:25

11   part of your lawsuit?

12      A.    No, I don't want -- these

13   position -- I had one time that they told me

14   just keep applying for all the position that

15   open.  I think that's what it is.  And now I      14:34:39

16   did not follow up with those position to see,

17   but at a point of time before the --

18      Q.    So you're not claiming that as part

19   of your lawsuit?

20      A.    Which one, that one?                     14:34:48

21      Q.    The licensed financial consultant

22   Federal Plaza?

23      A.    I have to go back and look at it,

24   see why did I apply.  Because I remember there

25   is a period of time when I had to apply for      14:34:55

1    different positions because they told me they

2    going to fire me, so I had to go and just apply

3    for different position.

4             If that's one of them, then this

5    was just because they told me just go, just        14:35:05

6    keep applying, just so you can get a position.

7    But my main one is the one in Wexford.  That's

8    the main one.

9             And the one after the mediation,

10   the one in Cleveland with Richard Schultz and      14:35:16

11   the retail development program with the one

12   that David Bacha took.  And I applied for

13   several positions in the company that I did not

14   get an interview for.

15            And the office manager position in       14:35:31

16   the Wexford office that I did not get an

17   interview for.  The position -- there was I

18   think -- I might have applied for an office

19   manager another time, I can't remember, but I

20   know that I applied to different position in       14:35:43

21   Cleveland --

22        Q.    What about a financial analyst,

23   what particular position and where was that

24   located?

25        A.    Financial analyst one, I think that    14:35:53

1          A.     You -- okay.  If we talk about the

2     RDP position, when I went to the mediation,

3     they told me that was not a promotion.

4               Now, as far as did we get in

5     detail, no, I don't have exact information that      15:43:58

6     if she said good things about me, if she was

7     contacted, if not --

8          Q.    Did you know Ms. Malta in the

9     spring of 04?

10         A.     Oh, I'm sorry, spring 04, no, no,        15:44:07

11    I'm sorry.  I thought you're talking about the

12    actual mediation.  I'm sorry, I made a mistake.

13    Spring 04 did Nancy Malta has anything to do

14    with --

15         Q.    With the promotions that you              15:44:19

16    applied for --

17         A.     No.  No.  No.

18         Q.    So your answer is no?

19         A.     No, I'm sorry.

20         Q.    It took me five questions to get to       15:44:24

21    the answer.

22         A.     I'm sorry.

23         Q.    It may have been a

24    misunderstanding.

25         A.     I thought you were talking about         15:44:26

1    the February 15th.

2         Q.    Did she have anything to do with

3    the retail development program position in

4    Boardman, Ohio?

5         A.    You mean if they called her and she    15:44:35

6    said something bad about me, then she probably

7    have, but I don't know that.  I don't have --

8         Q.    Do you have any facts to support

9    that?

10        A.    No, I don't have facts.  But I know    15:44:44

11   the lawyer said something about the manager

12   have to recommend you, and the manager have to

13   like you in the mediation.

14        Q.    Did Ms. Malta ever deny a

15   promotion -- deny you a promotion?             15:44:53

16        A.    She did not even let me take an

17   interview for the office manager position.

18        Q.    Did she ever deny you a promotion?

19        A.    Did she ever deny me a promotion.

20   Like the office manager, the Series 6 and       15:45:06

21   the -- if she was contacted by the other people

22   in the Boardman area and she said something bad

23   about me, then that's contributing to the

24   denial.

25             Now, I don't have information about    15:45:17

1   the other position, but I know in her office I

2   was denied to the office manager and the Series

3   6.

4       Q.   And, in fact, she did promote you,

5   though.  Is that correct?                    15:45:26

6       A.   In 2000 -- when I went to the

7   office, yeah, she did promote me, yeah.

8       Q.   Okay.  And Ms. Malta is not named

9   in this charge, is she?

10      A.   In this charge?  Because like I      15:45:39

11  said, she told me not to mention her.

12      Q.   Okay.  Ms. Malta is not named in

13  the charge.  You don't say that, you know,

14  Nancy Malta did this or that.

15      A.   No.  It doesn't mention her name,    15:45:51

16  no.  I don't see it.

17      Q.   And you only claim that you only

18  checked the box that discrimination based on

19  national origin.  Is that correct?

20      A.   Uh-huh.                              15:46:05

21      Q.   Is that yes?

22      A.   Yes.

23      Q.   Did you ever file an amended charge

24  to this?

25      A.   Yes.  No.  Amended, I mean what do   15:46:12

1    analyst, not the credit analyst.

2        Q.    Okay.  And then on May 21st, on the

3    bottom, it says that you found two credit

4    analyst positions posted under the Cincinnati

5    and St. Louis market.  I don't mind moving to        16:14:01

6    any of these cities until something opened in

7    the Cleveland market.  Under May 21st.

8            So this is not the one he's

9    discouraging you from applying, the credit

10    analyst position, you're saying it was the        16:14:14

11    financial analyst position he discouraged you

12    from?

13        A.    No.  He did, like, he said,

14    don't -- he didn't discourage me because I'm

15    not qualified.  He just said, well, there's        16:14:19

16    going to be a position open in Cleveland, why

17    don't you just wait until that opened.  That's

18    what he's trying to say.

19            Now, he told me don't apply for the

20    financial analyst because I'm not qualified for        16:14:29

21    that.  I mean he was nice, helpful to me.  He

22    was nice guy.

23        Q.    And why did he say you were not

24    qualified for the financial analyst position?

25        A.    Because those positions, he said,        16:14:37

1      A.    Yeah.

2            MR. LIEBERMAN:  Okay.  I'd like

3      those produced as soon as possible.  And I will

4      ask him to be recalled, the witness, if there

5      are additional sales records that we don't       19:12:57

6      have.

7      A.    Yeah, we will.

8      Q.    Ms. Kaminsky, when did she get her

9      Series 6?

10     A.    In 2007.  I don't know exactly, but    19:13:05

11     she was getting it in 2007.

12     Q.    And you know that for a fact?

13     A.    Yeah.

14     Q.    How do you know that?

15     A.    Because she told me that, and they      19:13:11

16     were doing a birthday cake for her when she

17     passed it, because I think she didn't pass it

18     the first time.  And we do that, like every

19     week we meet and say what did we do, you know,

20     for this month and what did we do for this       19:13:24

21     week.

22     Q.    Do you know if Ms. Kaminsky missed

23     any work during 2007?

24     A.    Missed any work?

25     Q.    For any medical reason or any           19:13:29

1    family related reason?

2         A.    Well, she missed work sometimes,

3    and I missed work.  She missed work I think --

4    I don't know exactly how many days she missed

5    but --                                          19:13:44

6         Q.    Was she dealing with a family issue

7    in 2007?

8         A.    Yeah.  Yeah.

9         Q.    And do you know how many days she

10   missed?                                         19:13:50

11        A.    I don't know.

12        Q.    You have no idea?

13        A.    No.

14        Q.    It's possible that she was out of

15   work for a long time?                           19:13:54

16        A.    I don't know.

17        Q.    Okay.  Would that affect her sales

18   numbers?

19        A.    It affect her sales numbers, but I

20   mean that's not -- I have the sales record for  19:14:01

21   the 2007 and 2008 and for 2006.

22        Q.    Okay.

23        A.    So not just this.  And plus we

24   have -- each branch has a different goal.  So

25   when you say my goal -- my average is higher    19:14:12

1    than everybody, but it's still my goal is less

2    than everybody else.

3          Q.    Okay.  But being out of work could

4    affect your sales numbers?

5          A.    I was -- my wife, she was having a       19:14:19

6    baby and I --

7          Q.    Once again, sir, I'm not asking

8    about you.  I'm saying just being out of work,

9    could that affect your sales numbers?

10         A.    If you don't show up to work at all      19:14:27

11   and you don't call customer, it could affect

12   your sales number.

13         Q.    Thank you.  That's all I wanted to

14   know.

15         A.    Okay.                                     19:14:34

16         Q.    And under Wexford it says, monthly

17   goal, $5,833.33.  Is that the goal that Mr.

18   Feder set for you?

19         A.    Yeah.

20         Q.    Okay.  That's your monthly goal?         19:14:47

21         A.    Yeah.  That's include mine and his.

22         Q.    Okay.  So in January your amount

23   was 692, correct?

24         A.    Yes.

25         Q.    Okay.  You didn't meet your monthly      19:15:00