MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Date: 4/19/10
Judge: James S. Gwin
Case No.: 1:09cv00261
Court Reporter: None

| | |
|---|---|
| RAMI AWAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NATIONAL CITY BANK, ET AL., | ) |
| | ) |
| Defendants. | ) |

FILED 2010 APR 19 PM 4: 10 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO AKRON

MATTERS CONSIDERED: Conference call with counsel.

TOTAL TIME: 20 min.

_____
Courtroom Deputy Clerk