UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAMI AWAD,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL CITY BANK, et al.<br><br>  Defendants. | Civil Action No.<br>1:09-cv-0261<br><br>Judge James S. Gwin |

## ORDER OF DISMISSAL

Upon review of the parties' stipulation of dismissal, it is hereby ORDERED that this matter is hereby DISMISSED with prejudice and without costs or fees to any party and waiving all rights of appeal.

SO ORDERED,

Dated: 4/26/10

 s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE